**Sabatino BIANCO, M.D.,**
**Plaintiff–Appellee**

v.

**GLOBUS MEDICAL, INC.,**
**Defendant–Appellant.**

**No. 2015–1193.**

United States Court of Appeals,
Federal Circuit.

Oct. 19, 2015.

Pratik A. Shah, Akin, Gump, Strauss, Hauer & Feld, LLP, Washington, DC, argued for appellee. Also represented by Emily Curtis Johnson; Charles Everingham, IV, Dallas TX; Michael Simons, Austin, TX; Iftikahr Ahmed, Houston, TX; Steven Zager, New York, NY.

Robert M. Palumbos, Duane Morris, LLP, Philadelphia, PA, argued for appel-

lant. Also represented by Thomas W. Sankey, Houston, TX; Kristina Caggiano Kelly, Washington, DC.

LOURIE, DYK, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.